■ In the Matter of DOROTHY M. HORNE, Respondent, v WINDSOR PRICE et al., Constituting the Zoning Board of Appeals of the Village of Skaneateles, Appellants. (Proceeding No. 1.) In the Matter of DOROTHY M. HORNE, Respondent, v CARL FISHER et al., Constituting the Board of Trustees of the Village of Skaneateles, et al., Appellants. (Proceeding No. 2.)— Motion for reargument granted and on reargument, the decision and remittitur order, each dated February 3, 1989, are amended by striking therefrom the words, "with costs", and inserting in place thereof the words, "without costs". Present —Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS V. STEWART, Appellant.—Motion for reargument or reconsideration of the appeal granted, and, upon reconsideration, the decision entered April 14, 1989 is amended by striking therefrom the words "three witnesses" and inserting in place thereof the words "a witness". Present—Doerr, J. P., Boomer, Pine and Davis, JJ.

■ In the Matter of MARTIN EADES, for Reinstatement.— Application for reinstatement granted. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.

■ In the Matter of GEORGE T. MAHSHIE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner.—Motion to vacate order of disbarment and for other relief denied. Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.